**FILED**
Apr 09 2021
4:08 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ soniad     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. __'21 CR1119 H__ |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| PHINATH PETER KHVANN, aka "Peanut," | |
| Defendant. | |

The grand jury charges:

On or about August 27, 2020, within the Southern District of California, defendant PHINATH PETER KHVANN, aka "Peanut," knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Taurus semi-automatic handgun with serial number 37381E; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

ADBL:nlv:San Diego
4/8/21

FORFEITURE ALLEGATIONS

The allegations contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1 of this indictment, defendant PHINATH KHVANN, aka Peanut, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to, a Taurus semi-automatic handgun with serial number 37381E number and six .380 rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: April 9, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
A. DALE BLANKENSHIP
Assistant U.S. Attorney

By: _____
MATTHEW BREHM
Assistant U.S. Attorney